Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR   9 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID CESAR INFANTE,

Defendant.

1:25-CR-2040-SAB

INDICTMENT

Vio:   18 U.S.C. §§ 922(g), 924(a)(8)
Felon in Possession of a
Firearm

18 U.S.C. § 924(d)(1),
28 U.S.C. § 2461(c)
Forfeiture Allegations

The Grand Jury charges:

On or about October 28, 2024, in the Eastern District of Washington, the Defendant, DAVID CESAR INFANTE, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Browning Model 1905-FN, .25 ACP caliber pistol bearing serial number 973716, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, DAVID CESAR INFANTE, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Browning Model 1905-FN, .25 ACP caliber pistol bearing serial number 973716; and,

- 5 rounds of .25 caliber Aguila brand ammunition

DATED this 8th day of April 2025.

A TRUE BILL



Foreperson

Richard R. Barker
Acting United States Attorney

Benjamin D. Seal
Assistant United States Attorney

INDICTMENT – 2